## TINSLEY v. STATE.
### No. 26023.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The conviction is on a plea of guilty before the court for the offense of selling whisky in a dry area, the punishment being a fine of $250.

No statement of facts or bills of exception are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.

## TINSLEY v. STATE.
### No. 26027.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor law, with a fine of $250.

There is neither a statement of facts nor bill of exception brought forward in this record. All proceedings appear regular and nothing is presented for review by this court.

The judgment of the trial court is affirmed.